THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : 3:22-CR-72 |
| | : (JUDGE MARIANI) |
| STEVEN WONG, | : |
| | : |
| Defendant. | : |

ORDER

**AND NOW, THIS 22ND DAY OF MAY, 2024**, upon consideration Defendant Steven Wong's "Motion to Dismiss for Violation of Defendant's Right to Speedy Trial" (Doc. 213), and all relevant documents, for the reasons set out in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Defendant Wong's Motion (Doc. 213) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendant Wong's Motion is **GRANTED** as to Counts 1, 4, and 5 of the First Superseding Indictment and Counts 1, 3, and 4 of the Second Superseding Indictment for a violation of the Speedy Trial Act. Counts 1, 4, and 5 of the First Superseding Indictment and Counts 1, 3, and 4 of the Second Superseding Indictment are **DISMISSED WITHOUT PREJUDICE**.

2. Defendant's Motion is **DENIED** in all other respects.

Robert D. Mariani
United States District Judge